## BELDOCK LEVINE & HOFFMAN LLP

### 99 PARK AVENUE, PH/26ᵀᴴ FLOOR

JONATHAN C. MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

NEW YORK, N.Y. 10016

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL

PETER S. MATORIN
CYNTHIA ROLLINGS
KAREN L. DIPPOLD
JODY YETZER
MARJORY D. FIELDS
EMILY JANE GOODMAN
   (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN
SAM KOOLAO
ASHA SMITH
MATTHEW MELEWSKI

REF:

WRITER'S DIRECT CONTACT:
212-277-5883
oclark@blhny.com

January 23, 2026

*[handwritten: OK adjourn int conference not month. New date 3/12/26 at 11:30 am    Colleen McMahon    1/27/2026]*

**VIA ECF**
Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *Ashley Dolcy-Philibert v. Megan Holbrook, et al.*, 1:25-cv-10033(CM)

Your Honor:

Our firm represents the Plaintiff in the above-captioned matter. On December 5, 2025, Your Honor filed an order scheduling an initial pretrial conference. (ECF No. 3). Pursuant to that order, the parties are to appear at a conference on January 29, 2026, at 10:30a.m. unless the parties agree to a case management plan at least two business days prior. (ECF No. 3).

At the time that this letter is being filed, Defendants Holbrook, Desir, Igbe, and Little have been served. (*See* ECF Nos. 20, 21, 22, 23). Defendant Holbrook was served on December 11, 2025 (ECF No. 21); Defendant Igbe was served on December 11, 2025 (ECF No. 22); Defendant Desir was served on December 11, 2025 (ECF No. 20); and Defendant Little was served on January 6, 2026 (ECF No. 23). Such service included service of Your Honor's order scheduling an initial pretrial conference. As of the time of this filing, none of the Defendants have filed Answers in this case.[1] Two of the Defendants' Answers are overdue, but Plaintiff has not heard from them. With the exception of Defendant Holbrook, Plaintiff is unaware of who, if anybody, will be representing the Defendants. Plaintiff has spoken with an AAG from a parallel state case; however, they have not been able to provide Plaintiff with any information as to who will appear in this Federal action. Additionally, Plaintiff's attempts to serve Defendants Lavoti and Sarrubbo have been

---

[1] The time for Defendant Megan Holbrook to Answer has been extended to January 23, 2026. (ECF No. 19).

Page 2

unsuccessful, and Plaintiff is continuing to attempt to serve them, or to determine who may accept service on their behalf.[2]

Given the above, we respectfully request that, in an effort to avoid wasting the Court's time, the conference currently scheduled for January 29, 2026, be adjourned 30 days or to another date that is convenient for Your Honor. The undersigned consulted with counsel for Defendant Holbrook and obtained their consent to this request. Given as Plaintiff has not heard from the other Defendants, nor do we know how to contact them, we have not sought their position as to this request. This is the first application for this relief, and the requested relief should not affect any other scheduled dates. Should Your Honor still wish to conduct the January 29, 2026, conference, Plaintiff will be prepared to attend.

We thank Your Honor for Your attention to this matter.

Respectfully submitted,

M. Olivia Clark
Beldock Levine & Hoffman, LLP
99 Park Ave., PH/26th Floor
New York, NY 10016

*Counsel for Plaintiff*

---

[2] The Complaint was filed on December 3, 2025, (ECF No. 1), making Plaintiff's service deadline March 3, 2026.